Jordan Susman, Esq. (SBN: 246116)
   e-mail: jsusman@ftllp.com
FREEDMAN & TAITELMAN, LLP
1901 Avenue of the Stars, Suite 500
Los Angeles, CA 90067
Telephone: (310) 201-0005
Facsimile: (310) 201-0045

JS-6

Attorneys for Plaintiffs and Counterdefendants
ANVIL ENTERTAINMENT, INC.,
MIKE DE TRANA, and JOSH BURNELL
and Counterdefendant FISH MAN MOVIE, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANVIL ENTERTAINMENT, INC., a California corporation; MIKE DE TRANA, an individual; JOSH BURNELL, an individual,<br><br>    Plaintiffs,<br><br>vs.<br><br>KEEGAN WILCOX., an individual; ONE HUNDRED TO ONE PRODUCTIONS, INC.; DOES 1-10,<br><br>    Defendants.<br><br>AND COUNTERCLAIM | Case No.:   2:14-cv-08107-R-AS<br><br>**ORDER GRANTING VOLUNTARY DISMISSAL**<br><br>Judge: Hon. Manuel L. Real<br>Magistrate Judge: Hon. Alka Sagar<br><br>Complaint Filed: October 20, 2014 |

ORDER GRANTING VOLUNTARY DISMISSAL

1      Pursuant to a stipulation of the parties and good cause appearing, it is hereby
2 ordered that the above captioned matter is dismissed with prejudice in its entirety,
3 with each party to bear its own attorneys' fees and costs.
4      The Court shall retain jurisdiction to enforce the terms of the Settlement
5 Agreement.
6      **IT IS SO ORDERED.**
7
8 Dated: February 6, 2015      _____
9      United States District Judge

1
ORDER GRANTING VOLUNTARY DISMISSAL